**Order entered April 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00927-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**BRIAN CARL JONES, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA17-81084-C**

## ORDER

Appellee's motion for a third extension of time to file his brief is GRANTED, and the Clerk of the Court is ordered to file the brief tendered to the Court.

/s/    LANA MYERS
        JUSTICE